UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SYLVIA CLARKE and GLADSTONE CLARKE,**

      Plaintiffs,

v.                              Case No:   6:13-cv-1250-Orl-22TBS

**MIRACLE TEMPLE MINISTRIES, INC.,**

      **Defendant.**

**ORDER**

This cause is before the Court on the Motion to Dismiss Pursuant to Federal Rules of Civil Procedure (Doc. No. 8) filed on September 13, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed March 5, 2014 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order.

2.    The Motion to Dismiss Pursuant to Federal Rules of Civil Procedure is hereby GRANTED in part and DENIED in part.   The Motion is Granted to the extent is seeks to Dismiss Plaintiffs' cause of action for foreclosure of an equitable lien.   In all other respects it is Denied.

**DONE** and **ORDERED** in Orlando, Florida on March 25, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties